*Counsel of record for the parties on the next page*

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Shahid Rahmatullah, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>Charter Communications, LLC, a Delaware limited liability company; and Does 1 through 25,<br><br>    Defendants. | **Case No. 5:20-cv-00354-PSG-SP**<br><br>Honorable Philip S. Gutierrez<br><br>**ORDER RE:**<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

```
 1 | Jonathan M. Lebe (State Bar No. 284605)
   | Jon@lebelaw.com
 2 | Zachary Gershman (State Bar No. 328004)
   | Zachary@lebelaw.com
 3 | **Lebe Law, APLC**
   | 777 S. Alameda Street, Second Floor
 4 | Los Angeles, CA 90021
   | Telephone: (213) 358-7046
 5 |
   | John E. Lattin (State Bar No. 167876)
 6 | Jlattin@ostergar.com
   | **Ostergar Lattin Julander LLP**
 7 | 9110 Irvine Center Drive
   | Irvine, CA 92618
 8 | Telephone: (949) 357-2544
 9 |
   | Attorney for Shahid Rahmatullah,
10 | Individually and on behalf of all others similarly situated
11 | Joseph W. Ozmer II (SBN 316203)
   | jozmer@kcozlaw.com
12 | J. Scott Carr (SBN 136706)
   | scarr@kcozlaw.com
13 | **KABAT CHAPMAN & OZMER LLP**
   | 333 S. Grand Avenue, Suite 2225
14 | Los Angeles, CA  90071
   | Telephone: (213) 493-3980
15 | Facsimile: (404) 400-7333
16 |
   | Attorney for Charter Communications, LLC
17 |
```

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Shahid Rahmatullah and Defendant Charter Communications, LLC hereby stipulate to the dismissal with prejudice of Plaintiff's claims and this entire action.  Each party shall bear his/its own costs and attorneys' fees.

DATED:  September 20, 2021        LEBE LAW APLC
                                  JONATHAN M. LEBE

IT IS SO ORDERED.
DATED: 09/20/2021
[signature]
U.S. DISTRICT JUDGE

By: /s/ Jonathan M. Lebe
      JONATHAN M. LEBE

Attorney for Plaintiff
SHAHID RAHMATULLAH

DATED:  September 20, 2021        KABAT CHAPMAN & OZMER LLP
                                  JOSEPH W. OZMER II
                                  J. SCOTT CARR

By: /s/ J. Scott Carr[1]

Attorneys for Defendant
CHARTER COMMUNICATIONS, LLC

---

[1] Pursuant to L.R. 5-4.3.4, Defendant's counsel attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.